## CAFFERTY *vs.* KEELER.

Where *referees* have made a report of the *evidence* and *proceedings* had before them on the hearing of the cause, the court, on motion, will direct a *supplementary report;* but if the report already made sets forth *substantially* the evidence and proceedings, a supplementary report will not be ordered.

THIS cause had been referred, and a *report* made by the *referees* of the *evidence* and proceedings had before them on the hearing. The defendant now asked for a rule that the referees *amend their report* in a variety of particulars specified in a notice, as to what transpired on the hearing, as to the testimony of several witnesses, and as to admissions made by the plaintiff. The motion was opposed by affidavits, that the evidence and facts in relation to which a supplementary report was sought, did not appear on the hearing, and that therefore the motion ought to be denied. The defendant insisted that he was entitled to a *supplementary* report, so that if the facts were not truly stated by the referees, he might have his remedy against them for a false report.

*By the Court*, SUTHERLAND, J. This is a novel motion, but it is entirely analogous to the former practice of this court, requiring justices to make supplementary returns in *certiorari* cases; and no reason is perceived why that practice should not be adopted in cases of this kind, taking care to treat the referees with the utmost liberality in any orders which may be made by the court. Applying then, the principles governing in *certiorari* cases, this motion must be denied. Looking at the report sought to be amended, and comparing it with the proposed amendments, I am inclined to believe that the referees have already *substantially* answered to the matters in relation to which a supplementary or amended report is asked; and if so, there is no propriety in subjecting them to the trouble of making a supplementary report, answering specifically to the facts set forth in the notice.

Motion denied.